UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USA<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE<br><br>Defendant. | No. 26 MC 346; 26 MC 349; 26 MC 354; 26 MC 359; 26 MC 360; 26 MC 365; 26 MC 366; 26 MC 369 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

It is respectfully recommended that the Clerk of Court shall terminate cases 26 MC 346; 26 MC 349; 26 MC 354; 26 MC 359; 26 MC 360; 26 MC 365; 26 MC 366 and 26 MC 369, without unsealing.

SO ORDERED.

Dated: September 10, 2026
New York, New York

Ronnie Abrams
United States District Judge